# TRIAL COURT OFFICIAL'S
## REQUEST FOR EXTENSION OF TIME TO FILE
### RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
11/4/2015 4:36:32 PM
PAM ESTES
Clerk

Fax to Cathy S. Lusk, 12th Court of Appeals, Tyler, TX.  Fax # (903) 593-2193.

Court of Appeals No. (If Known):    12-15-00250-CV

Trial Court Style:                          SUMMER KIDD VS VICKIE MILHOLLAND

Trial Court & County:                   114th District Court Smith  Trial Court No.: 12-1551-B

Date Trial Clerk's Record Originally Due:                          11/04/2015

Date Court Reporter's/Recorder's Record Originally Due:     11/04/2015

Anticipated Number of Pages of Record:                            250 to 300 pages

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason(s):  (check all that apply – attach additional pages if necessary)

[ ] To the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record

[ ] My duties listed below preclude working on this record

[x] There Is A Hearing Scheduled On November 11, 2015 On The Plaintiff's Affidavit Of Indigence

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by, **12/04/2015** And **I hereby request an additional 30 days** within which to prepare the record. TEX.R.APP.P.37.3.

In compliance with TEX.R.APP.P.9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the Trial Court's judgment or order being appealed.  I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

Date:  11/4/2015                            /S/ *Mary Pyle*
                                                    /S/ Mary Pyle
Phone Number: 903-590-1677        Deputy Clerk

TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

*Certificate requirements:* A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and address of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:

| Lead Counsel for **APPELLANT(S):** | | Lead Counsel for **APPELLEE(S):** | |
|---|---|---|---|
| Name: | SUMMER KIDD | Name: | RALPH E. ALLEN |
| Address: | PO BOX 4962 GRAND JUNCTION COLORADO 81502 | Address: | 901 FIRST CITY PLACE  PO BOX 2 TYLER TX  75710-0028 |
| Phone #: | | Phone #: | 903-593-9727 |
| Attorney For: | SUMMER KIDD | Attorney For: | VICKIE MILHOLLAND; SUMMER KIDD; PAUL GEFREH |

CAUSE NUMBER 12-1551-B

FILED
OCT 23 2015

| | | |
|---|---|---|
| SUMMER KIDD | § | IN THE DISTRICT COURT |
| | § | |
| VS | § | 114TH JUDICIAL DISTRICT |
| | § | |
| PAUL GEFREH, TRUSTEE IN BANKRUPTCY | § | |
| FOR VICKIE MILHOLLAND | § | SMITH COUNTY, TEXAS |

## ORDER

ON THIS DAY came on to be considered Plaintiff's Affidavit of Indigency and the Intervenor's Contest of the Affidavit and Request for Hearing, both filed October 15, 2015. Although the Affidavit and Contest were filed October 15, the Court received them for consideration today. The Court finds that there is insufficient time to provide notice and conduct the hearing within the 10 days required by Tex. R. App. P 20.1(i)(2). Accordingly, the Court extends the time for conducting a hearing 20 days from the date of this order to November 11, 2015.

The Court further orders that the hearing on the Affidavit of Indigency and the Contest of the Affidavit be and is set for hearing on the 10th day of November, 2015 at 8:30 a.m.

SIGNED _October 22_, 2015.

_____
HONORABLE CHRISTI KENNEDY
114TH DISTRICT COURT
SMITH COUNTY, TEXAS